THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **TRAVIS JONES**<br><br>　　　　　　**Plaintiff,**<br>v.<br>**USA et al.,**<br><br>　　　　　　**Defendants.** | **MEMORANDUM DECISION AND ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Case No. 2:23-cv-00426<br><br>**Chief Magistrate Judge Dustin B. Pead** |

　　　　On July 12, 2023, the Court granted pro se Plaintiff Travis Jones' motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915(e).[1] Plaintiff's complaint against Defendants was then docketed.[2] Plaintiff also moved for the appointment of counsel and for multiple hearings relating to "identity theft." The court denied those motions. Most recently the court entered an order directing Plaintiff to file an Amended Complaint by May 24, 2024, that complies with the Federal Rules.[3] To date, Plaintiff has failed to respond to the court's order.

　　　　Based on the information in the docket, the court does not have any contact information for Plaintiff. The phone number listed on Plaintiff's motions is not in service and the court only has an incomplete address. Under the Local Rules an "unrepresented party must notify the Clerk's Office immediately of any change in address, email address, or telephone number using

---

[1] ECF No. 3, Order Granting Leave to Proceed In Forma Pauperis.

[2] ECF No. 5.

[3] ECF No. 10.

the form available on the court's website."[4] Plaintiff has failed to comply with this requirement and the court is left without means or information to contact Plaintiff.

Accordingly, this case is dismissed without prejudice for failure to prosecute.

DATED this 30 May 2024.

_____
Dustin B. Pead
United States Magistrate Judge

---

[4] DUCivR 83-1(e)(2).